**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXHIBITION ON SCREEN, LTD.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DEREK PEW** | : | **NO. 18-3212** |

## ORDER

**NOW**, this 19th day of December, 2018, upon consideration of Defendant's Motion to Dismiss Pursuant to Rule 12(B)(6) (Document No. 6), the response, the reply, and the sur-reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.    The complaint is **DISMISSED**;

2.    Plaintiff is granted leave to file an amended complaint; and

3.    If the plaintiff elects to file an amended complaint, it must do so no later than **January 4, 2019.**

/s/TIMOTHY J. SAVAGE