# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EXHIBITION ON SCREEN, LTD.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **DEREK PEW** | : | NO. 18-3212 |

## ORDER

**NOW,** this 14th day of August, 2019, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 35), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.